

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON FRIERSON
United States Attorney
Nevada Bar No. 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6055
mina.chang@usdoj.gov
*Attorneys for the United States*

FILED.

DATED: 2:30 pm, October 03, 2023

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:23-mj-00877-DJA |
| v. | **GOVERNMENT'S MOTION TO SEAL COMPLAINT** |
| ROBERT GEORGE BEANE, | |
| Defendant. | **(Filed Under Seal)** |

The United States of America, by and through Jason Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Motion and the Court's Sealing Order, in the above-captioned matter until such time as the Court, or another Court of competent jurisdiction, shall order otherwise.

It is necessary for the Complaint in this case to be sealed in light of the fact that it makes reference to information regarding an ongoing investigation. Public disclosure of the information in the Complaint might jeopardize the investigation and the Government's ability to arrest defendant Robert George Beane, who is not yet in custody. If he were to find out that federal law enforcement officers were attempting to effectuate his arrest, Beane may attempt to flee, relocate, or take actions to otherwise frustrate the investigation.

To facilitate Beane's arrest, the Government respectfully requests that this Court grant the Government's motion and seal the Complaint in this case, as well as this Motion and the Court's Order on this Motion.

DATED this 3rd day of October, 2023.

Respectfully submitted,

JASON FRIERSON
United States Attorney

_____
MINA CHANG
Assistant United States Attorney

FILED.
DATED: 2:31 pm, October 03, 2023

U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT GEORGE BEANE,

    Defendant.

Case No. 2:23-mj-00877-DJA

**Order Granting Government's Motion to Seal Complaint**

**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __3rd__ day of October, 2023.



_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE